**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOE ULE, individually and as personal representative of the estate of JACK ULE, | § | |
| *Plaintiff*, | § | |
| v. | § | 5:19-CV-01459-JKP-ESC |
| BEXAR COUNTY and BEXAR COUNTY HOSPITAL DISTRICT d/b/a UNIVERSITY HEALTH SYSTEMS; | § | |
| *Defendants*. | § | |

**<u>JOINT ADR STATUS REPORT</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Scheduling Order entered in this case (docket no. 24) and Local Rule CV-88(b), the parties hereby jointly file this ADR status report, stating as follows:

**1. Status of settlement negotiations**

Plaintiff has engaged in substantial settlement discussions with Defendant Bexar County Hospital District (UHS), but reached an impasse. All parties intend to participate in a mediation currently set for Monday, March 29, 2021.

**2. Persons Responsible for Settlement Negotiations**

Leslie Sachanowicz will participate in settlement discussions as the representative of Plaintiff Joe Ule. Laura Cavaretta, attorney for UHS and Jeff Jowers, in-house counsel for UHS will participate in settlement discussions on behalf of UHS. The Bexar County Commissioners Court has full and final settlement authority in this matter on behalf of Defendant Bexar County to the extent of any claims asserted against him in his official capacity. A representative of Bexar County will attend any facilitative mediation and ADR or settlement conference that may be scheduled in this matter together with counsel, Robert Green.

**3. Identity of ADR provider**

The parties have arranged to mediate this case before Mediator Roger Bresnahan on Monday, March 29, 2021.

**4. Whether ADR is appropriate for this matter**

All parties are in agreement that ADR is appropriate for any claims that may remain in this matter.

**5. Method of ADR**

Mediation

**6. Method by which ADR provided selected**

The parties have arranged to mediate this case before Mediator Roger Bresnahan on Monday, March 29, 2021.

**7. How ADR provider will be compensated**

The parties will split the mediation costs equally.

Respectfully Submitted,

JOE GONZALES
Bexar County Criminal District Attorney

/s/ Robert Green
Robert D. Green
Bar No. 24087626
Assistant District Attorney - Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-2146
Fax: (210) 335-2773
robert.green@bexar.org
*Attorney for Defendant Bexar County*

/s/ Leslie Sachanowicz
Leslie Sachanowicz
Bar No. 17503200
101 Stumberg
San Antonio, Texas 78204
les.law@hotmail.com
(210) 883-8565
*Attorney for Plaintiff*

/s/ Laura Cavaretta
Laura A. Cavaretta
Bar No. 04022820
Gabrielle O'Connor
Bar. No. 24100879
Cavaretta, Katona & Leighner PLLC
One Riverwalk Place
700 N. Saint Mary's Street, Suite 1500
San Antonio, Texas 78205
Phone: (210) 588-2901
Fax: (210) 588-2908
cavarettal@ckl-lawyers.com
*Attorneys for Defendant Bexar County Hospital District, d/b/a University Health System*

Parties' Joint ADR Status Report
*Joe Ule v. Bexar County et al.*
5:19-cv-01459-JKP-ESC                                    3 of 4

**CERTIFICATE OF SERVICE**

I do hereby certify that, on the 26nd day of March, 2021, I electronically filed the foregoing document using the CM/ECF system, which provided electronic service upon all parties.

/s/ Robert Green
**ROBERT D. GREEN**

Parties' Joint ADR Status Report
*Joe Ule v. Bexar County et al.*
5:19-cv-01459-JKP-ESC 4 of 4